Nina Montoya (State Bar No. 237419)
E-Mail: montoya@sbm.law
Shannon Seibert (State Bar No. 240317)
E-Mail: seibert@sbm.law
SEIBERT • BAUTISTA • MONTOYA
9255 Sunset Blvd., Suite 1100
West Hollywood, California 90069
Telephone: 323.500.0821
*Attorneys for Plaintiff Chenoa Johnson*

Christopher C. Hoffman (SBN 176334)
E-Mail: choffman@fisherphillips.com
Stephanie Reynolds (SBN 220090)
E-Mail: sreynolds@fisherphillips.com
Audrey W. Surridge (SBN 318838)
E-Mail: asurridge@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
*Attorneys for Defendant BACARDI U.S.A., INC.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHENOA JOHNSON

Plaintiff,

vs.

BACARDI U.S.A., INC. a Delaware Corporation; and DOES 1 through 10 inclusive,

Defendants.

CASE NO.: 2:23-cv-02903-ODW-AGR

**NOTICE OF SETTLEMENT**

Courtroom: 5SD
Judge: Otis D. Wright II

Action Filed: February 8, 2023
Removed: April 18, 2023

Pretrial Conference: January 27, 2025
Trial Date: February 25, 2025

TO THIS HONORABLE COURT:

The Parties, having attended Court-ordered Mediation on April 2, 2024 and continuing those discussions post-mediation, have entered into a preliminary settlement agreement that contains monetary and non-monetary components.

THEREFORE, THE PARTIES RESPECTFULLY REQUEST AND HEREBY STIPULATE, through their designated counsel, as follows:

1. The Parties will file a joint request for dismissal after the monetary obligations provided for in the settlement have been fulfilled, which the Parties estimate will be by July 8, 2024;

2. If the Court determines that the matter should be dismissed or administratively closed before the joint request for dismissal is filed, the Parties request that the Court schedule an OSC re dismissal for a date after July 22, 2024;

3. If the Court determines that the matter should be dismissed or administratively closed without a hearing, the Parties stipulate and request that any dismissal shall be without prejudice and that any administrative closure include Plaintiff's right to reopen the case within 90 days in the event the monetary obligations under the settlement agreement are not completed and within 240 days if the nonmonetary obligations under the settlement agreement.

IT IS SO STIPULATED.

[*Signatures on Following Page*]

Dated: June 3, 2024

SEIBERT • BAUTISTA • MONTOYA

Nina Montoya
Shannon Seibert
*Attorneys for Plaintiff Chenoa Johnson*

Dated: June 3, 2024

FISHER & PHILLIPS LLP

Christopher C. Hoffman
Stephanie Reynolds
Audrey W. Surridge
*Attorneys for Defendant Bacardi U.S.A., Inc.*

# CERTIFICATE OF SERVICE

I, Nina Montoya, declare as follows:

I am over the age of eighteen, not a party to the within cause and am employed in the county of Los Angeles. My business address is 9255 Sunset Blvd., Suite 1100, Los Angeles, CA 90069.

On June 3, 2024 following ordinary business practice, I served the following documents:

**NOTICE OF SETTLEMENT**

I served the documents on the persons or persons below, as follows:

Christopher C Hoffman
Choffman@fisherphillips.com

Stephanie Reynolds
sreynolds@fisherphillips.com

Audrey W Surridge
asurridge@fisherphillips.com

The documents were served by the following means:

_X_ **By Electronic Service**. I caused the document(s) to be delivered electronically to the email address(es) listed above.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated: June 3, 2024

By: ______________________

Nina Montoya